# United States Court of Appeals

## For the First Circuit

Nos. 15-1347, 15-1412

GOOD SAMARITAN MEDICAL CENTER,

Petitioner, Cross-Respondent,

v.

NATIONAL LABOR RELATIONS BOARD,

Respondent, Cross-Petitioner.

Nos. 15-1877, 15-1941

NATIONAL LABOR RELATIONS BOARD,

Petitioner, Cross-Respondent,

v.

1199 SEIU UNITED HEALTHCARE WORKERS EAST,

Respondent, Cross-Petitioner.

**ERRATA SHEET**

The opinion of this Court issued on May 31, 2017, is amended as follows:

On page 51, line 13, the comma is replaced with a semi-colon

On page 52, line 1, the comma is replaced with a semi-colon

On page 52, line 11, "they" is replaced with "it"

On page 55, line 4, "provenance" is replaced with "province"